*E-FILED: September 18, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br>　　　　Plaintiff,<br>　　v.<br>GARY R. PETERS, et al.,<br>　　　　Defendants. | Case No. 5:13-cv-00558 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled. All previously scheduled deadlines and appearances are vacated.

**On or before November 15, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 26, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause no later than **November 19, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

**SO ORDERED**.

Dated:  September 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00558-HRL Notice has been electronically mailed to:

Laura Anne Palazzolo     laura.palazzolo@berliner.com, sabina.hall@berliner.com

Martin H. Orlick     mho@jmbm.com, eap@jmbm.com, msk@jmbm.com

Matthew Scott Kenefick     MKenefick@jmbm.com, eap@jmbm.com

Tanya Eugene Moore     tanya@moorelawfirm.com, david@moorelawfirm.com, liz@moorelawfirm.com, marejka@moorelawfirm.com, whitney@moorelawfirm.com